IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-149-D

| | |
|---|---|
| JANE DOE, JILL DOE, by her parents and next friends, JOHN DOE and wife, SALLY DOE, and JANE ROE, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| CAPE FEAR ACADEMY, INC., | ) |
| Defendant. | ) |

**ORDER**

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Southern Division case. The Honorable James C. Dever III, United States District Judge, will remain the presiding judge. **All future documents should reflect the new case number of 7:21-CV-169-D.** No further filing shall be made in 4:21-CV-149-D.

SO ORDERED. This 7th day of October, 2021.

/s/ Peter A. Moore, Jr.
Clerk of Court